IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Cr. No. 08-mj-190 (JMF) |
| **GWENDOLYN J. JOHNSON,** | : | |
| **Defendant.** | : | |

**NOTICE OF CHANGE IN COUNSEL**
**FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, Carlos J. Vanegas has assumed responsibility for the defense of Gwendolyn J. Johnson in the above-captioned case. Ms. Johnson's case had previously been assigned to Assistant Federal Public Defender, Rita B. Bosworth.

Respectfully submitted,

/s/
Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500